UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER NILES,<br><br>    Plaintiff,<br><br>v.<br><br>ROSECROFT CENTER, LLC,<br><br>    Defendant. | Case No. 2:22-cv-1619-MPK |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Christopher Niles and Defendant Rosecroft Center, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;
2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: October 16, 2023

Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: 412-322-9243
E: nickc@lcllp.com

*Attorney for Plaintiff*

*/s/ Antoinette C. Oliver*
Antoinette C. Oliver
**MEYER, UNKOVIC & SCOTT LLP**
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
T: (412) 456-2800
aco@muslaw.com

*Attorney for Defendant*