UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER NILES,<br><br>   Plaintiff,<br><br>v.<br><br>ROSECROFT CENTER, LLC,<br><br>   Defendant. | Case No. 2:22-cv-1619-MPK<br><br>Re: ECF No. 24 |

## ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Christopher Niles and Defendant Rosecroft Center, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: October 16, 2023

/s/ Nicholas A. Colella
Nicholas A. Colella
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: 412-322-9243
E: nickc@lcllp.com

*Attorney for Plaintiff*

Respectfully submitted,

/s/ Antoinette C. Oliver
Antoinette C. Oliver
**MEYER, UNKOVIC & SCOTT LLP**
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
T: (412) 456-2800
aco@muslaw.com

*Attorney for Defendant*

AND NOW, this 17th day of October, 2023, IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE